# KK FIT SOUTH YORK
# Profit & Loss
### February 2021

|  | Feb 21 |
|---|---:|
| **Income** | |
| 4100 · MEMBERSHIP SALES | 33,408.38 |
| 4100.01 · THIRD PARTY MEMBERSHIPS | 2,510.25 |
| 4200 · PRO SHOP SALES | 20.97 |
| 4300 · VITAMIN DRINKS | 985.14 |
| 4400 · VITAMIN SUPPLEMENTS | 612.71 |
| 4600 · PERSONAL TRAINING | 3,500.00 |
| 4800 · HYDROMASSAGE | 49.00 |
| **Total Income** | 41,086.45 |
| **Cost of Goods Sold** | |
| 5300 · SUPPLEMENT PURCHASES | 352.00 |
| 5400 · VITAMIN DRINK PURCHASES | 458.75 |
| **Total COGS** | 810.75 |
| **Gross Profit** | 40,275.70 |
| **Expense** | |
| 6100 · BUILDING RENT | 23,284.09 |
| 6105 · AUTO EXPENSE | 26.00 |
| 6170 · UTILITIES | 3,419.03 |
| 6190 · OPERATING SUPPLIES | 549.56 |
| 6205 · ADVERTISING | 699.66 |
| 6210 · REPAIRS/MAINTENANCE | 2,198.50 |
| 6300 · MANAGEMENT FEES | 10,327.70 |
| 6302 · MANAGEMENT FEES # 2 | 2,000.00 |
| 6450 · INSURANCE | 551.00 |
| 6455 · MEALS/ENTERTAINMENT | 232.20 |
| 7150 · OVER/SHORT | 5.00 |
| 7700 · INTEREST EXPENSE | 299.00 |
| **Total Expense** | 43,591.74 |
| **Net Income** | -3,316.04 |